IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RONALD MITCHELL,**           )<br>                                                 )<br>         **Petitioner/Defendant,**     )<br>                                                 )<br>**vs.**                                         )<br>                                                 )<br>**UNITED STATES of AMERICA ,**  )<br>                                                 )<br>         **Respondent/Plaintiff.**     ) | **CIVIL NO. 05-cv-284-WDS**<br><br>**CRIMINAL NO. 84-cr-30005** |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

<u>March 6, 2006             </u>              By:     <u>**s/ WILLIAM D.  STIEHL**            </u>
*Date*                                                          *District Judge*